## Ditko Appeal.

Argued April 20, 1956. Before STERN, C. J., JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Samuel Gorson,* with him *Albert S. Readinger* and *Samuel R. Liever,* for appellant.

*Robert F. Shapiro,* Assistant City Solicitor, with him *C. Wilson Austin,* City Solicitor, for appellee.

OPINION PER CURIAM, June 25, 1956:

The order entered in the Court below is affirmed on the Opinion of Judge WARREN K. HESS.